UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MOJO SPORTSWEAR CO., ET AL,<br><br>    Plaintiffs<br>v.<br><br>OLUKAI, LLC<br><br>    Defendant | CIVIL ACTION NO.: 6:14-cv-03458-RTH-PJH<br><br>JUDGE RICHARD T. HAIK<br><br>MAGISTRATE PATRICK J. HANNA |

## CORPORATE DISCLOSURE STATEMENT

Mojo Sportswear Company, (hereinafter referred to as "Mojo Sportswear") in compliance with Fed. R. Civ. P. 7.1 and Local Rule 5.6, states:

Mojo Sportswear is a Florida for-profit corporation with its principal place of business in Fort Walton Beach, Florida. Mojo Sportswear is not a publicly-traded corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted, this 19th day of December, 2014.


Respectfully Submitted,

JONES WALKER LLP


*Michael K. Leachman*
_____
Donald W. Washington (#21402) (T.A.)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Telephone: (337) 593-7600
Facsimile:  (337) 593-7601
Email:  dwashington@joneswalker.com

{B0993108.1}

>Robert C. Tucker (2152)
>Chad A. Grand (29885)
>Michael K. Leachman (30158)
>JONES WALKER LLP
>8555 United Plaza Boulevard, 5th Floor
>Baton Rouge, Louisiana 70809
>Telephone: (225) 248-2000
>Facsimile: (225) 248-2010
>rtucker@joneswalker.com
>cgrand@joneswalker.com
>mleachman@joneswalker.com
>
>ATTORNEYS FOR PLAINTIFFS, MOJO SPORTSWEAR COMPANY, TIMOTHY MOSSBERG, AND RODGER BAGWELL

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to Counsel of Record.

*Michael K. Leachman*
Michael K. Leachman