UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MOJO SPORTSWEAR CO., ET AL., | : CIVIL ACTION NO. 6:14-cv-03458-RTH-PJH |
| Plaintiffs | : |
| VERSUS | : JUDGE RICHARD T. HAIK |
| OLUKAI, LLC | : |
| Defendant | : MAGISTRATE PATRICK J. HANNA |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, OluKai, LLC, who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following Corporate Disclosure Statement.

OluKai, LLC has no parent corporation, nor any publically-held corporation owning ten percent or more of its stock.

WHEREFORE, OluKai, LLC, prays that the foregoing corporate disclosure statement be deemed sufficient.

                                            Respectfully submitted,

                                            TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

                                            By: /s/ *Marc S. Whitfield*
                                                    Marc S. Whitfield, Bar # 18534
                                                    451 Florida Street, 8th Floor (70801)
                                                    P. O. Box 2471
                                                    Baton Rouge, LA 70821
                                                    marc.whitfield@taylorporter.com
                                                    Telephone: (225) 387-3221
                                                    Fax: (225) 346-8049

                                            ***Attorneys for OluKai, LLC***

943050.1

## CERTIFICATE

  I hereby certify that on June 25, 2015, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of filing will be sent by operation of the court's electronic filing system to all counsel of record.

            /s/ *Marc S. Whitfield*
            Marc S. Whitfield

943050.1